UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| LATOSHA L. CAMPBELL, | Case No.: 2:25-cv-01139-APG-MDC |
|---|---|
| Plaintiff | **Order** |
| v. | [ECF No. 6] |
| KATHERIN COMPTON, et al., | |
| Defendants | |

On October 20, 2025, Magistrate Judge Couvillier recommended that I dismiss this case without prejudice because plaintiff Latosha Campbell did not comply with his order to either pay the filing fee or file a new application to proceed in forma pauperis. ECF No. 6. Campbell did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Couvillier's report and recommendation (ECF No. 6) is accepted, and plaintiff Latosha Campell's complaint (ECF No. 1-1) is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 5th day of November, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE